UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LIFE ROOT, LLC, <br><br> Plaintiff, <br> v. <br> ALTERAEX, LLC, et al., <br><br> Defendants. | Case No. 2:25-cv-01325-MMD-MDC <br><br> ORDER |

After hearing oral argument on August 8, 2025, the Court denied Plaintiff's renewed emergency motion for a preliminary injunction (ECF No. 13) without prejudice. The Court thus terminates the temporary restraining order (ECF No. 18) previously issued *ex parte* on July 24, 2025, pending a decision on the motion for a preliminary injunction.

It is therefore ordered that the temporary restraining order issued on July 24, 2025 (ECF No. 18) is terminated as of August 8, 2025.

DATED THIS 8th Day of August 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE