**DICKINSON WRIGHT PLLC**
JOHN L. KRIEGER, ESQ.
Nevada Bar No. 6023
GREGORY R. GEMIGNANI, ESQ.
Nevada Bar No. 7346
3883 Howard Hughes Pkwy., Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4439
Fax: (844) 670-6009
Email: jkrieger@dickinsonwright.com
Email: ggemignani@dickinsonwright.com

*Attorneys for Plaintiff*
*Life Root, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LIFE ROOT, LLC, a Delaware limited liability company,<br><br>*Plaintiff,*<br><br>v.<br><br>ALTERAEX, LLC (f/k/a KANNA21, LLC), a Texas limited liability company, PURE BALANCE VENTURES, LLC D/B/A PURE7, a Texas limited liability company, and MARK WILLIS, an individual,<br><br>*Defendants.* | CASE NO.: 2:25-cv-01325-MMD-MDC<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PARTIES TO RESPOND TO ECF NOS. 48, 49, 50, & 51**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Life Root, LLC ("Life Root") and Defendants Alteraex, LLC, Pure Balance Ventures, LLC and Mark Willis ("Defendants"), through their respective counsel, that the time for the parties to respond to the following pending motions shall be extended as follows:

| *Pleading* | *Current Deadlines* | *New Deadlines* |
|---|---|---|
| Sunflower Wellness, Inc.'s Motion to Intervene<br>**(ECF No. 49)** | Opposition: December 8, 2026<br>Reply: December 15, 2025 | Opposition: December 18, 2026<br>Reply: January 2, 2026 |

1

| | | |
|---|---|---|
| Motion for Joinder of Alexander Rochford under Fed. R. Civ. P. 19(a) **(ECF No. 50)** | Opposition: December 8, 2026<br><br>Reply: December 15, 2025 | Opposition: December 18, 2026<br><br>Reply: January 2, 2026 |
| Defendants' Moton for Preliminary Injunction and Request for Expedited Discovery **(ECF No. 51)** | Opposition: December 8, 2026<br><br>Reply: December 15, 2025 | Opposition: December 18, 2026<br><br>Reply: January 2, 2026 |

Additionally, Plaintiff's deadline to respond to the Counterclaims **(ECF No. 48)** shall be extended from December 15, 2025, to December 29, 2025.

This extension request is the first sought regarding any of the subject deadlines.

This request is brought for good cause and not for the purpose of delay.

DATED this 4th day of December, 2025.

**DICKINSON WRIGHT PLLC**

 /s/ John L. Krieger
John L. Krieger, Esq.
Gregory R. Gemignani, Esq.
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
3883 Howard Hughes Pkwy., Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4439
Fax: (844) 670-6009
Email: jkrieger@dickinsonwright.com
Email: ggemignani@dickinsonwright.com

*Attorneys for Plaintiff*
*Life Root, LLC*

**LELAND SHAFFER LLP**

 /s/ Thomas D. Leland
Thomas D. Leland, Esq.
8694 E. 28th Avenue
Denver, Colorado 80238
Email: Thomas.leland@lelandschaffer.com

**BLACK & WADHAMS**
Allison R. Schmidt, Esq.
10777 W. Twain Avenue, Suite 300
Las Vegas, Nevada 89135
Email: aschmidt@blackwadhams.law

*Attorneys for Defendant*

**ORDER**

   **IT IS SO ORDERED.**

   _____
   UNITED STATES MAGISTRATE JUDGE

   DATED: 12-8-25

2