# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Life Root, LLC,

               Plaintiff(s),

vs.

Alteraex, LLC (f/k/a Kanna21, LLC), et al,

               Defendant(s).

2:25-cv-01325-MMD-MDC

**ORDER SETTING HEARING**

    **IT IS ORDERED that** the parties must appear in-person at **9:30 a.m. on February 23, 2026, in Courtroom 3C,** for a HEARING on defendants' *Motion for Joinder* (ECF No. 50).

    Dated: February 6, 2026.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

1