**BLACK & WADHAMS**
ALLISON R. SCHMIDT, ESQ.
NV Bar No.: 10743
10777 W. Twain Avenue, Suite 300
Las Vegas, NV 89135
Tel:  (702) 869-8801
Fax: (702) 869-2669
Email: aschmidt@blackwadhams.law

**LELAND SHAFFER LLP**
THOMAS D. LELAND, ESQ.  *(Pro Hac Vice)*
AMY M. RODRIGUEZ, ESQ. *(Pro Hac Vice)*
8694 E. 28th Avenue
Denver, Colorado 80238
(303) 961.8072
thomas.leland@lelandshaffer.com
amy.rodriguez@lelandshaffer.com
*Attorneys for Defendants/Counterclaim*
*Plaintiffs/Third Party Plaintiffs and Intervenor Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LIFE ROOT, LLC, a Delaware limited liability company, | Case No.: 2:25-CV-001325-MMD-MDC |
| Plaintiff/Counterclaim Defendants, | |
| vs. | **ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR PARTIES TO RESPOND TO ECF NOS. 108, 109 AND 110** |
| ALTERAEX, LLC (f/k/a KANNA21, LLC), a Texas limited liability company, PURE BALANCE VENTURES, LLC D/B/A PURÉ7, a Texas limited liability company, and MARK WILLIS, an individual, | |
| Defendants/Counterclaim Plaintiffs, | |
| ALTERAEX, LLC (f/k/a KANNA21, LLC), a Texas limited liability company, PURE BALANCE VENTURES, LLC D/B/A PURÉ7, a Texas limited liability company, and MARK WILLIS, an individual, | |
| Third Party Plaintiffs, | |

1

vs.

ALEXANDER ROCHFORD,

      Third-Party Defendant,

SUNFLOWER WELLNESS, INC., a Texas
Corporation,

      Intervenor Plaintiff,

vs.

ALEXANDER ROCHFORD AND LIFE
ROOT, LLC, a Delaware limited liability
company,
      Intervenor Defendants.

Plaintiff and Counterclaim Defendant Life Root, LLC ("Life Root"), Third Party Defendant Alexander Rochford ("Rochford") and Defendants, Counterclaim Plaintiffs, and Third Party Plaintiffs Alteraex, LLC (f/k/a Kanna21, LLC) ("Kanna21"), Pure Balance Ventures, LLC d/b/a Pure7 ("Pure Balance"), and Mark Wills ("Willis")(together with Life Root and Rochford, the "Parties"), by and through their respective counsel of record, hereby respectfully submit this Stipulation and Proposed Order to Extend Response Deadlines in this case. The Parties have agreed to the extension for the reasons set out below.

Rochford and Life Root filed a Rule 12(c) Motion on June 15, 2026.  (ECF No. 108.) Rochford filed a Rule 12(c) Motion on June 15, 2026. (ECF No. 109.) Life Root filed a Rule 12(c) Motion on June 15, 2026.  (ECF No. 110.)  Responses are due June 29, 2026. The Parties seek additional time to respond to ECF Nos. 108, 109, and 110 due to counsels' schedules and the upcoming holiday weekend of July 4.

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that the time for the Parties to respond to following pending motions shall be extended as follows:

- The response deadline to ECF Nos. 108, 109, and 110 will be extended from June 29,

2

2026 to July 9, 2026.

- The reply deadline to ECF Nos. 108, 109, and 110 will be extended to July 16, 2026.

This extension request is the first sought regarding any of the subject deadlines.

This request is brought for good cause and not for the purpose of delay.

DATED June 17, 2026.

**DICKINSON WRIGHT PLLC**

_/s/Stephen W. Abbott_
JOHN L. KRIEGER, ESQ.
Nevada Bar No. 6023
GREGORY R. GEMIGNANI, ESQ.
Nevada Bar No. 7346
3883 Howard Hughes Pkwy., Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4439
Fax: (844) 670-6009
Email: jkrieger@dickinsonwright.com
Email:
ggemignani@dickinsonwright.com

**LOOPER GOODWINE P.C.**

STEPHEN W. ABBOTT, ESQ.
(Admitted _pro hac vice_)
1300 Post Oak Blvd., Suite 750
Houston, Texas 77056
Tel: (713) 335-8883
Fax: (713) 335-8601
Email: sabbott@loopergoodwine.com

_Attorneys for Plaintiff_
_Life Root, LLC_

DATED June 17, 2026.

**LELAND SHAFFER LLP**

_/s/Thomas D. Leland_
Thomas D. Leland (pro hac vice)
8694 E. 28th Ave.
Denver, CO 80238
(303) 961-8072
thomas.leland@lelandshaffer.com

**BLACK & WADHAMS**

Allison R. Schmidt, Esq.
NV Bar No.: 10743
10777 W. Twain Avenue, Suite 300
Las Vegas, NV 89135
(702) 869-8801
(702) 869-2669
aschmidt@blackwadhams.law

_Attorneys for Defendants_

**IT IS SO ORDERED:**

United States District Judge

DATED: June 18, 2026

3